IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WATSON MUSIC GROUP, LLC., | **8:24CV462** |
| Plaintiff, | |
| vs. | **ORDER ON STIPULATION OF VOLUNTARY DISMISSAL** |
| RURAL MEDIA GROUP, INC., | |
| Defendant. | |

This case is before the Court on the parties' Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) signed by counsel for all parties. Filing 26. The parties stipulate to the dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs, because the parties have resolved all claims between. Filing 26 at 1. Accordingly,

IT IS ORDERED that the parties' Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Filing 26, is accepted, and this case is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated this 22nd day of August, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge